

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00442-CR

Rebecca **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR3101B
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED December 4, 2024.

_____
Liza A. Rodriguez, Justice